UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CLARENCE JOHNSON,

              Plaintiff,

    vs.

MANDARICH LAW GROUP, LLP,

              Defendant.

NO. 2:25-cv-02142-MLP

**DECLARATION OF PLAINTIFF CLARENCE JOHNSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Clarence Johnson declares as follows:

1. I am the Plaintiff in this matter, am above the age of majority, and have personal knowledge of the matters described in this Declaration.

**Background**

2. I presently work in the private security field; I am a regional manager at an organization which performs contracted security work for a major telecommunications company in King County.

3. I began working in the private security sector when I retired from law enforcement, where I worked as a police officer in California.

4. I am a veteran of the United States Army. Among other locations, I was deployed

to Kosovo in 1999 and again in 2000, I was deployed to the Pentagon after the 9/11 attacks, and I was deployed to Afghanistan in 2003.

### Receiving MLG's Lawsuit

5.     In mid-September 2025, I was at home after work when I received a knock on the door around 8:00 p.m.; an individual whom I understood to be a process server handed me some documents.  A true and correct copy of the cover pages to those documents is attached hereto as **Exhibit A**.

6.     As can be seen from the documents, there is no legible case number of any type.  From my time in law enforcement, I had only ever associated court paperwork with case numbers, which gave me pause when reviewing MLG's documentation, though I had little occasion to deal with civil cases.

7.     Like many people, I am mindful of "scam" type situations, as the world seems to be full of inventive ways to separate people from their money.  Perhaps because of my background and training (military, law enforcement, etc.), perhaps I am more sensitive than most people when it comes to assessing the legitimacy of a situation, but whatever the historical reason for my propensities, I was genuinely concerned that the documentation I had been "served" could have been illegitimate.

8.     A complicating factor was that – if I were to approach the matter as a potential scam – it would have been important to not contact the potential wrongdoer (in this case, MLG), because that is precisely what a scam operation would seek (contact through a particular method or location).  I also noted that MLG did not have an actual office address, but instead provided only a post office box on what were supposedly legal papers, which also caused me some uncertainty.

9.     Given all of my concerns, I really had no idea what the "right" move was.  I just

DECLARATION OF CLARENCE JOHNSON - 2
2:25-CV-02142-MLP

**ANDERSON | SANTIAGO**
207B SUNSET BLVD N
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

felt a bit frozen by some combination of fear and indecision.

10.     While I initially thought it might be somewhat embarrassing to show a lawyer something which could have been so obviously an illegitimate scam, I determined that it made the most sense to at least figure out what my rights (or responsibilities) were under the circumstances. When I met with a lawyer, I incurred out-of-pocket travel expenses to do so ($39.95 in gasoline).

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 16th day of June, 2026 at Burien, Washington.

Clarence Johnson

DECLARATION OF CLARENCE JOHNSON - 3
2:25-CV-02142-MLP

# EXHIBIT A

Electronically Filed
JÐ฿ Á ฿
G ÔႶFFH GFSÔÝ
King County District Court

KING COUNTY DISTRICT COURT, SOUTH DIVISION
IN AND FOR THE STATE OF WASHINGTON

JPMorgan Chase Bank, N.A.,

Plaintiff,

v.

CLARENCE E JOHNSON, III,

Defendant.

Case No.: _____

**SUMMONS**

**TO THE DEFENDANT**: A lawsuit has been started against you in the above-entitled court by JPMorgan Chase Bank, N.A., plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and serve a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

Any response or notice of appearance which you serve on any party to this lawsuit must also be filed by you with the court within 20 days after the service of Summons, excluding the day of service.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

Page 1 – SUMMONS

5305599

**MANDARICH LAW GROUP, LLP**
P.O. Box 109032, Chicago, IL 60610
T: 866.757.4738: F: 818.888.1260

Electronically Filed
JꞨꞨꞨ Ꞁ ꞀꞀꞀꞀꞀ
Ꞁ ꞀꞀꞀꞀꞀ ꞀꞀꞀꞀ
King County District Court

KING COUNTY DISTRICT COURT, SOUTH DIVISION
IN AND FOR THE STATE OF WASHINGTON

| | |
|---|---|
| JPMorgan Chase Bank, N.A., <br><br> Plaintiff, <br><br> v. <br><br> CLARENCE E JOHNSON, III, <br><br> Defendant. | Case No.: _____ <br><br> **COMPLAINT** <br><br> **(Open Account [OPA])** |

**PLAINTIFF ALLEGES:**

1.

JPMorgan Chase Bank, N.A. ("Plaintiff") is a national banking association in good standing. Plaintiff has all necessary licenses and has paid all applicable fees requisite to bring this action.

2.

CLARENCE E JOHNSON, III ("Defendant") is believed to reside in KING COUNTY, Washington.

Page 1 – COMPLAINT

**MANDARICH LAW GROUP, LLP**
P.O. Box 109032, Chicago, IL 60610
T: 866.757.4738: F: 818.888.1260

5305599

Electronically Filed

JÐ BÐEG̵ Á KHEIEEÁĐ

G̵ ÔCXFFH G̵FSÔÝ

King County District Court

## KING COUNTY DISTRICT COURT
## STATE OF WASHINGTON
### South Division, Burien Courthouse
### CASE INFORMATION COVER SHEET

| | |
|---|---|
| Case Number _____ | |
| Attorney Name Brendan Wilson | Bar No. WSBA No. 47420 |
| Plaintiff JPMorgan Chase Bank, N.A. | |
| Defendant CLARENCE E JOHNSON, III | |
| Amount Requested $10,149.48 | |

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on this form.

| | | |
|---|---|---|
| ☐ Animal Impound (AMI) | ☐ Loan (LOA) | ☐ Restitution (RES) |
| ☐ Automobile Damages (AUT) | ☐ Municipal Court Judgment (MCJ) | ☐ Services Rendered (SER) |
| ☐ Breach of Contract (BRE) | ☐ NSF Check (NSF) | ☐ Tow – Private (PRI) |
| ☐ Damage Deposit (DD) | ☒ Open Account (OPA) | ☐ Tow – Public (PUB) |
| ☐ Deposition Sister State (DEP) | ☐ Personal Injury (PIN) | ☐ Written Instrument (WR) |
| ☐ District Court Judgment (DCJ) | ☐ Petition for Seized Goods (PFS) | |
| ☐ Foreign Judgment (FJU) | ☐ Property Damages (PRP) | ☐ Other (OTH) (Specify): |
| ☐ Goods and Services (GS) | ☐ Rent (REN) | |
| ☐ Lease Agreement (LA) | ☐ Replevin (REP) | |

**If you cannot determine the appropriate category, please describe the cause of action below:**

_____.

[describe action]

Civil Case Information Cover Sheet
KCDC – March 2017