UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CLARENCE JOHNSON,

Plaintiff,

vs.

MANDARICH LAW GROUP, LLP,

Defendant.

NO.  2:25-cv-02142-MLP

**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

THIS MATTER having come before the Court on Plaintiff's Motion for Partial Summary Judgment, and the Court, having reviewed the motions and all responsive documents (and subsumed declarations and exhibits, if any), hereby rules as follows:

Plaintiff's Motion is GRANTED in its entirety.

The Court finds that there are no genuine issues of material fact as to the following events.  There is no genuine dispute as to whether Plaintiff Clarence Johnson was served with a summons and complaint which did not "bear the case number assigned by the court" as required by RCW 19.16.250(28).  In addition:

- Defendant Mandarich Law Group, LLP ("MLG") is a licensed collection agency which attempted to collect a debt from Plaintiff Clarence Johnson by way of a collection lawsuit (summons and complaint) which lacked a case number.  This violates RCW 19.16.250(28), and satisfies the first three elements of a Consumer Protection Act

**ANDERSON | SANTIAGO**
207B SUNSET BLVD N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

ORDER GRANTING PLAINTIFF'S [PARTIAL] MSJ - 1

("CPA") 'per se' violation. *Panag v. Farmers Ins. Co. of Washington*, 166 Wn.2d 27, 53 (2009).

- Plaintiff suffered "injury" for purposes of the CPA by incurring travel costs to meet with a lawyer to determine his legal rights and/or responsibilities. *See Howard v. Patenaude & Felix APC*, 634 F. Supp. 3d 990, 1014 (W.D. Wash. 2022) (citing cases).

- These actions also constitute a violation of 15 U.S.C. §§ 1692e and 1692f.

The Court observes that statutory damages are available pursuant to 15 U.S.C. § 1692k, and that Plaintiff has suffered compensable injury for purposes of the WCAA/CPA.    Plaintiff may have incurred other forms of injury as well, which is a matter to be determined at trial.

Plaintiff is entitled to his costs as well attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and RCW 19.86.090 in an amount which will be determined at the conclusion of this litigation.

IT IS SO ORDERED.

Entered this _____ day of _____, 2026

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

**ANDERSON SANTIAGO, PLLC**

By: ___/s/ Jason D. Anderson
Jason Anderson, WSBA# 38014
T. Tyler Santiago, WSBA #46004
Attorney for Plaintiff

ORDER GRANTING PLAINTIFF'S [PARTIAL] MSJ - 2