The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLARENCE JOHNSON,

        Plaintiff,

   v.

MANDARICH LAW GROUP, LLP,

        Defendant.

Case No. 2:25-cv-02142-MLP

**DECLARATION OF CHRIS MANDARICH IN SUPPORT OF DEFENDANT MANDARICH LAW GROUP, LLP'S MOTION FOR SUMMARY JUDGMENT**

NOTE ON MOTION CALENDAR:
July 20, 2026

I, CHRIS MANDARICH, hereby declare as follows:

1.    I am an attorney practicing with Defendant Mandarich Law Group, LLP ("Mandarich"). I make this declaration based on my personal knowledge and my review and knowledge of Mandarich's business records maintained in the ordinary course of business.

2.    Mandarich represents creditors in collection-related actions in multiple states across the country. Debt collection is a highly-regulated environment, with operative federal statutes (*e.g.*, the Fair Debt Collection Practices Act, 15 U.S. C, §§ 1692–1692p ) and a host of related state-level statutes (*e.g.*, the Collection Agency Act, RCW 19.16). As a result, Mandarich implements a variety of processes and procedures in order to ensure compliance with the many statutory requirements.

3.    In 2025, Mandarich represented JPMorgan Chase Bank, N.A. ("JPMorgan Chase") regarding a defaulted JPMorgan Chase credit-card account ending in 7658 that had been opened

by Plaintiff Clarence E. Johnson, III.

4.    Mandarich has an established practice to send debtors an initial notice letter that introduces Mandarich and provides the debtor basic information about the debt at issue, including the identity of the original creditor, the credit card account, and the amount of debt.  For this purpose, Mandarich utilizes a template to ensure consistency.

5.    In accordance with its usual and established practice, Mandarich mailed Mr. Johnson its form notice letter dated June 19, 2025 (the "Notice Letter").  A true and correct copy of the Notice Letter to Mr. Johnson is attached hereto as **Exhibit A**.

6.    The Notice Letter to Mr. Johnson—mailed to him at his residential address—includes the following information:

- Identification of Mandarich as a debt collector.
- Contact information for Mandarich, *i.e.*, (a) P.O. Box address; (b) physical address, (c) phone number, (d) fax number, (e) URL for Mandarich's website, and (f) email address.
- Identification of the original creditor, JPMorgan Chase Bank, N.A.
- The amount owing at the time the debt was placed with Mandarich.
- The original credit card account number (redacted but for the last four numbers to protect Mr. Johnson's privacy).
- The last payment to the creditor on the subject debt by the debtor.

*See* Ex. A.

7.    The Notice Letter to Mr. Johnson also includes information about how to dispute the debt and a check-the-box form that offers various response options, *i.e.*, dispute debt, request contact information for original creditor, and make payment.  *See* Ex. A.

8.    Mandarich did not receive any response from Mr. Johnson to the Notice Letter.

9.    On September 8, 2025, Mandarich, on behalf of JPMorgan Bank, N.A., initiated a lawsuit regarding Mr. Johnson's defaulted credit card account ending in 7658.  *See JPMorgan Chase Bank, N.A. v. Clarence E. Johnson, III*, King County District Court. Case No. 125CIV113421KCX (the "District Court Action").

DECLARATION OF CHRIS MANDARICH IN SUPPORT OF
MANDARICH LAW GROUP, LLP'S MOTION FOR SUMMARY
JUDGMENT - 2

10. Washington has a statutory requirement that debt collection complaints must be filed with the court prior to service. *See* RCW 19.16.250(27).

11. Accordingly, Mandarich maintains standard and regularized procedures for filing and serving complaints in Washington. For this purpose, Mandarich has a long-standing relationship with ABC Legal, a national company that provides legal document services, including e-filing and service of process. *See generally* https://www.abclegal.com/. ABC Legal has a reputation as an experienced and professional business. For example, the United States Department of Justice Civil Division identifies ABC Legal as its sole contracted process server for service requests under the Hague Convention.[1]

12. For lawsuits in Washington, Mandarich's established and consistent practice is to send the summons and complaint to ABC Legal for e-filing and service. When Mandarich refers a case for filing and service, Mandarich transmits the summons and complaint to ABC Legal through a secure electronic File Transfer Protocol ("FTP") link. And ABC Legal then accomplishes the filing and provides Mandarich with conformed copies of the filed summons and complaint.

13. That is what happened here. Consistent with Mandarich's established practice, the summons and complaint for the District Court Action were delivered to ABC Legal for filing and service. ABC Legal did the filing and service as instructed and it returned to Mandarich conformed copes of the filed summons and complaint. Attached hereto as **Exhibit B** are true and correct copies of the summons and complaint in the District Court Action as returned to Mandarich by ABC Legal.

14. The summons and complaint in the District Court Action as returned to Mandarich by ABC Legal reflect that they were electronically filed in the King County District Court on September 8, 2025 at 8:30 a.m. and bear the case number 25CIV113421KCX. *See* Ex. B.

---

[1] *See* OFFICE OF INTERNATIONAL JUDICIAL ASSISTANCE, https://www.justice.gov/civil/office-international-judicial-assistance.

DECLARATION OF CHRIS MANDARICH IN SUPPORT OF MANDARICH LAW GROUP, LLP'S MOTION FOR SUMMARY JUDGMENT - 3

**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500

15.     In his complaint in this action, Mr. Johnson alleges that the summons and complaint in the District Court Action that were served on him did not include a case number, but rather "an illegible series of symbols." *See* Dkt 1 at Appendix A, ¶ 8.  The summons and complaint that Mr. Johnson alleges receiving do indicate that they were electronically filed in King County District Court. *Id.* at Appendix A, Ex. A.

16.     As noted above, the conformed as-filed copies of the summons and complaint in the District Court Action that were returned to Mandarich by ABC Legal contained a clear and legible case number  *See* Ex. B.

17.     If the summons and complaint that were served on Mr. Johnson by ABC Legal did not bear a legible case number, the defect alleged by Mr. Johnson occurred *after* the summons and complaint had been properly filed by ABC Legal.  Mandarich does not have personal knowledge as to what may have happened, but believes that there may have been a printing error when ABC Legal prepared service copies of the filed summons and complaint.

18.     Mandarich did not instruct ABC Legal, or anyone else, to alter, remove, obscure, or omit the case number from any document served on Mr. Johnson. And Mandarich did not authorize anyone to do so.

19.     Mandarich's consistent intent is to comply with its obligation to serve a summons and complaint that have been filed in court and depict the relevant case number.  It has an established practice and methodology to work with ABC Legal, an established service provider and process server, to e-file the summons and complaint for each case and to serve accurate conformed documents.  If that did not occur here, it was an unintentional and genuine mistake.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 22nd day of June, 2026 at Chicago, Illinois.

By:   */s/ Chris Mandarich*
Chris Mandarich

DECLARATION OF CHRIS MANDARICH IN SUPPORT OF
MANDARICH LAW GROUP, LLP'S MOTION FOR SUMMARY
JUDGMENT - 4

**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500

# EXHIBIT A

Please Reply To:
P.O. Box 109032
Chicago, IL 60610
Physical Address:
6300 Canoga Ave., Suite 1700
Woodland Hills, CA 91367
P: 866.757.4738
F: 818.888.1260
www.mandarichlaw.com
You may also contact us via email at
INFO@MANDARICHLAW.COM
Pay Online: www.PayMLG.com

# MANDARICH LAW GROUP, LLP
*Attorneys at Law*

June 19, 2025

THIS LAW FIRM EMPLOYS ONE OR
MORE ATTORNEYS ADMITTED TO
PRACTICE IN THE FOLLOWING STATES:
Alaska, California, Florida, Georgia,
Idaho, Illinois, Iowa, Kansas, Michigan,
Missouri, Nebraska, Nevada, New
York, North Carolina, Ohio, Oregon,
South Carolina, Virginia, Washington
OF COUNSEL
Thomas M. McGreal (CA, HI)

CLARENCE E JOHNSON, III
15405 DES MOINES MEMORIAL DR S APT P105
BURIEN WA 98148-2548



**Mandarich Law Group, LLP is a debt collector.** We are trying to collect a debt that you owe to JPMorgan Chase Bank, N.A. We will use any information you give us to help collect the debt.

## Our information shows:

You had a JPMorgan Chase Bank, N.A. credit card with account number **XXXXXXXXXXXX7658**.

| | | |
|---|---|---|
| As of 3/31/2025, you owed: | | $10,149.48 |
| Between 3/31/2025 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: - | | $0.00 |
| **Total amount of the debt now:** | | **$10,149.48** |

| | |
|---|---|
| Amount owing at time of placement with us: | $10,149.48 |
| Date of last payment: | 08/18/2024 |

Reference: 5305599
CLARENCE E JOHNSON, III

## How can you dispute the debt?

- **Call or write to us by 7/29/2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by 7/29/2025,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at info@mandarichlaw.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by **7/29/2025**, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at info@mandarichlaw.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Mail this form to:**
Mandarich Law Group, LLP
P.O. Box 109032
Chicago, IL 60610

CLARENCE E JOHNSON, III
15405 DES MOINES MEMORIAL DR S APT P105
BURIEN WA 98148-2548

## How do you want to respond?
*Check all that apply:*
☐ **I want to dispute the debt because I think:**
   ☐ This is not my debt.
   ☐ The amount is wrong.
   ☐ Other (please describe on reverse or attach additional information)

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount: $_____**
   Make your check payable to Mandarich Law Group, LLP. Include the reference number 5305599.

MLG_000013

# EXHIBIT B

Electronically Filed

JÒÐÐÇÍ Á ÌH⟨I⟨Í⟨ÍÁÓÍ
GÍ ÔQXFFH GÍSÔÝ

King County District Court

KING COUNTY DISTRICT COURT, SOUTH DIVISION
IN AND FOR THE STATE OF WASHINGTON

JPMorgan Chase Bank, N.A.,

　　　　Plaintiff,

　　　　v.

CLARENCE E JOHNSON, III,

　　　　Defendant.

Case No.: _____

**SUMMONS**

 

**TO THE DEFENDANT**: A lawsuit has been started against you in the above-entitled court by JPMorgan Chase Bank, N.A., plaintiff.  Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and serve a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice.  A default judgment is one where plaintiff is entitled to what he asks for because you have not responded.  If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

Any response or notice of appearance which you serve on any party to this lawsuit must also be filed by you with the court within 20 days after the service of Summons, excluding the day of service.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

Page 1 – SUMMONS

5305599

**MANDARICH LAW GROUP, LLP**
P.O. Box 109032, Chicago, IL 60610
T: 866.757.4738: F: 818.888.1260

MLG_000001

This Summons is issued pursuant to Rule 4 of the Civil Rules for Courts of Limited Jurisdiction.

DATED: 08/01/2025

Respectfully submitted:

**MANDARICH LAW GROUP, LLP**

Brendan Wilson, WSBA 47420

Page 2 – SUMMONS

5305599

Electronically Filed

JÞÐÐÐÏÁ̈ĸ̂ĸ̂ĸ̂ÁÖ̈Ï

Ǵ ÔQ̈FFHǴFSÔÝ

King County District Court

KING COUNTY DISTRICT COURT, SOUTH DIVISION
IN AND FOR THE STATE OF WASHINGTON

JPMorgan Chase Bank, N.A.,

Plaintiff,

v.

CLARENCE E JOHNSON, III,

Defendant.

Case No.: _____

**COMPLAINT**

**(Open Account [OPA])**

**PLAINTIFF ALLEGES:**

1.

JPMorgan Chase Bank, N.A. ("Plaintiff") is a national banking association in good standing. Plaintiff has all necessary licenses and has paid all applicable fees requisite to bring this action.

2.

CLARENCE E JOHNSON, III ("Defendant") is believed to reside in KING COUNTY, Washington.

Page 1 – COMPLAINT

**MANDARICH LAW GROUP, LLP**
P.O. Box 109032, Chicago, IL 60610
T: 866.757.4738: F: 818.888.1260

5305599

MLG_000003

3.

Defendant opened a credit card account XXXXXXXXXXXX7658 with JPMorgan Chase Bank, N.A. on or about 12/07/2016. JPMorgan Chase Bank, N.A. extended credit and granted charge privileges to Defendant in exchange for the Defendant's promise to pay the balances that Defendant accrued.

4.

JPMorgan Chase Bank, N.A. sent monthly billing statements to Defendant indicating the minimum payments due each month. Defendant has defaulted on said account.

5.

By the use of said credit account, Defendant became indebted on said account in the stated amounts, the unpaid balance of which is $10,149.48. That amount is fully due and owing to JPMorgan Chase Bank, N.A. Plaintiff expressly disclaims attorney fees, costs, prevailing party fees and both pre-judgment and post-judgment interest. Attached hereto as Exhibit A is Plaintiff's charge-off statement evidencing the amount due, less all applicable credits.

6.

WHEREFORE, Plaintiff prays for judgment against Defendant for the sum of $10,149.48, without attorney fees, costs, prevailing party fees and without both pre-judgment and post-judgment interest.

DATED: August 1, 2025

Respectfully submitted:

**MANDARICH LAW GROUP, LLP**

Brendan Wilson, WSBA 47420

Page 2 – COMPLAINT

**MANDARICH LAW GROUP, LLP**
P.O. Box 109032, Chicago, IL 60610
T: 866.757.4738: F: 818.888.1260

5305599

MLG_000004

# Exhibit A

MLG_000005



| March 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

New Balance
**$10,149.48**
Minimum Payment Due
**$2,495.00**
Payment Due Date
**03/26/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $24,149 |

If you would like information about credit counseling services, call

## ACCOUNT SUMMARY

**Account Number:  XXXX XXXX XXXX 7658**

| | |
|---|---|
| Previous Balance | $9,968.27 |
| Payment, Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$181.21 |
| **New Balance** | **$10,149.48** |
| Opening/Closing Date | 02/03/25 - 03/02/25 |
| Credit Access Line | $8,500 |
| Available Credit | $0 |
| Cash Access Line | $1,700 |
| Available for Cash | $0 |
| **Past Due Amount** | **$2,213.00** |
| **Balance over the Credit Access Line** | **$1,649.48** |

### YOUR AMAZON VISA POINTS

| | |
|---|---|
| Previous points balance | 0 |
| + 3% back on Amazon.com purchases | 0 |
| + 3% back on Whole Foods Market purchases | 0 |
| + 2% back at gas stations | 0 |
| + 2% back at restaurants | 0 |
| + 3% back on Chase Travel purchases | 0 |
| + 2% back on local transit/commuting | 0 |
| + 1% back on all other purchases | 0 |

### Total points available for redemption

**0**

Reward your routine everywhere you shop with your Amazon Visa. The % back rewards you earn under the program are tracked as points. Each $1 in % back rewards earned is equal to 100 points.

As of this statement, your card earned 3% back at Amazon.com, Whole Foods Market, and on Chase Travel purchases. To check your reward status, sign into the Amazon account where your card is loaded, visit "Your Account" page and click "Your Payments" to view your "Rewards status." If the Amazon account has an eligible Prime membership, your card could be earning 5% back on Amazon.com and Whole Foods Market purchases.

Have a question about an Amazon order? Sign in to your Amazon account and go to "Your Account," then "Your Orders" to view recent orders. For questions about purchases or returns, call Amazon Customer Service at 1-888-283-1190.

## YOUR ACCOUNT MESSAGES

You are over your credit line/credit access line by $1,649.48. You can pay down your balance faster by including this amount with your payment.

Your account is closed and no longer available for use.

amazon | CHASE

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**The Past Due amount of $2,213.00 is included in your Minimum Payment.**

| | |
|---|---|
| **Payment Due Date:** | 03/26/25 |
| **New Balance:** | $10,149.48 |
| **Minimum Payment Due:** | $2,495.00 |

Account number: XXXX XXXX XXXX 7658

$_____._____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CLARENCE E JOHNSON III
15405 DES MOINES MEMORIAL DR S
APT P105
BURIEN WA 98148-2548

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

MLG_000006

| To contact us regarding your account | | | |
|---|---|---|---|
|  **Call Customer Service:**<br>In U.S.<br>Spanish    1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International  1-302-594-8200<br>We accept operator relay calls |  **Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |  **Mail Payments to:**<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 |  **Visit Our Website:**<br>www.chase.com/cardhelp |

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

**To manage your account, including card payments, alerts, and change of address, visit www.chase.com/cardhelp or call the customer service number which appears on your account statement.**



**amazon** | **CHASE** ◯

Manage your account online:
www.chase.com/amazon

Customer Service:

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **INTEREST CHARGED** | | |
| 03/02 | PURCHASE INTEREST CHARGE | 181.21 |
| | TOTAL INTEREST FOR THIS PERIOD | $181.21 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $74.00 |
| Total interest charged in 2025 | $575.33 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.49%(v)(d) | $10,055.39 | $181.21 |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfers | 23.49%(v)(d) | - 0 - | - 0 - |
| | | | **28 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How
to Avoid Interest on Purchases, and other important information, as applicable.

MLG_000008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this June 22, 2026, I electronically filed the foregoing true and correct copy of the above document with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Amanda Saeteurn

DECLARATION OF CHRIS MANDARICH IN SUPPORT OF
MANDARICH LAW GROUP, LLP'S MOTION FOR SUMMARY
JUDGMENT - 1

**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500