UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARENCE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MANDARICH LAW GROUP LLP,<br><br>Defendant. | Case No. C25-2142-MLP<br><br>ORDER |

This matter is before the Court on Defendant's Request to Strike Plaintiff's Supplemental Authority. (Dkt. # 23.) Plaintiff's Supplemental Authority offers a five-page "brief" to "provide context for the legislative materials attached[,]" which date from 2019. (Dkt. # 22 at 1 n.1; *see id.* at 6-15.) Plaintiff acknowledges that "the Court did not order supplemental briefing." (*Id.* at 1 n.1.)

The Local Rules permit a party to submit "relevant authority issued after the date the party's last brief was filed by serving and filing a Notice of Supplemental Authority that attaches the supplemental authority without argument." Local Rules W.D. Wash. LCR 7(n). Here, the attached legislative materials were issued well before any briefing in this case and, as Plaintiff acknowledges, his submission contains argument. To the extent Plaintiff's submission is

intended as a notice of supplemental authority, it does not comply with LCR 7(n). To the extent it may be intended as a surreply to Defendant's reply brief (dkt. # 18) in support of summary judgment, it does not comply with LCR 7(g).

Accordingly, the Court GRANTS Defendant's request to strike (dkt. # 23). Plaintiff's Supplemental Authority (dkt. # 22) is hereby STRICKEN.

Dated this 20th day of August, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge